IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KENNETH DEWAYNE TANNIEHILL**                                    **PETITIONER**

vs.                                         CIVIL ACTION No.: 3:24-CV-51-HTW-LGI

**WARDEN COLBERT**                                                  **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 12]**. In her Report and Recommendation, filed on August 30, 2024, Magistrate Judge Isaac recommended that Petitioner Kenneth Dewayne Tanniehill's petition be dismissed with prejudice. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days.

On September 18, 2024, Petitioner filed his Objection[1] to the Magistrate Judge's recommendation [Docket no. 13]. Respondent, thereafter, filed his reply [Docket no. 14] on September 15, 2024.

This court has reviewed the record before it and considered all arguments presented by the parties. This court concurs with Magistrate Judge Isaac and finds Petitioner is not entitled to any additional credit for time served in federal custody. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge **[Docket no. 12]** as the Order of this court.

---

[1] Petitioner's filed objection contains no legal authority; rather, Petitioner avers only that "no one told [him] that [he] was on a Writ and [his] detention time is not counting." [13].

1

IT IS THEREFORE ORDERED THAT the Petitioner Kenneth Dewayne Tanniehill's Petition for Writ of Habeas Corpus [Docket no. 1] hereby is **DISMISSED** with prejudice.

**SO ORDERED this the 1st day of November, 2024.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**